# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2005, I served, or caused to be served, the following documents:

**Motion for Order Permitting Destruction of Firearms**
**United States v. James B. Charles**
**Criminal No. 00-130(MJD/ESS)**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

**James Benjamin Charles**
#09397-041
FCI GILMER
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6000
GLENVILLE, WV 26351

THOMAS B. HEFFELFINGER
United States Attorney

s/ Deb Kapinos

BY: DEB KAPINOS
Legal Assistant