UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-130 (MJD/ESS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JAMES B. CHARLES, Defendant. | ) | **ORDER PERMITTING DESTRUCTION OF FIREARMS** |

Comes now the United States, by and through its attorneys, Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, and Assistant U.S. Attorney Paul A. Murphy, and moved this Court for an Order permitting the Federal Bureau of Investigation to destroy two firearms obtained during the course of this investigation.

The motion is based upon the following. During the course of the investigation in this case, the FBI seized two firearms. One is an AMT, semi-automatic pistol, serial number A36534 with a magazine and ammunition. This weapon was surrendered to the FBI by the defendant at the time of his arrest for bank robbery. The second was a .22 caliber rifle, serial number 2345071, which was surrendered to the FBI during the execution of a search warrant on April 20, 2000 in connection with this case. On March 28, 2005, the person surrendering this rifle signed a notarized release to the FBI stating that the rifle was abandoned property and wished that the FBI destroy the 22. caliber rifle.

The defendant was convicted and sentenced and neither weapon is required as evidence for further proceedings in this case.

THEREFORE, the motion of the United States for an order permitting the destruction of the two firearms is: GRANTED.

Dated:April 4, 2005

S/ Michael J. Davis
The Honorable Michael J. Davis
United States District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415