UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

James B. Charles,

Defendant.

Criminal No. 00-130 MJD

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that Leon Trawick, a member of the CJA Conflicts Panel be appointed to represent the defendant in possible Rule 35 proceedings.

IT IS HEREBY ORDERED that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: September 28, 2005

s/ Michael J. Davis
Honorable Michael J. Davis
United States District Court Judge