# Document Removed

# Stricken from the Record