**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

---

JAMES BENJAMIN CHARLES,

Petitioner,

v. **ORDER**
Criminal File No. 00-130 (MJD/ESS)

UNITED STATES,

Respondent.

---

James Benjamin Charles, pro se.

James E. Lackner, Assistant United States Attorney, for Respondent.

---

This matter is before the Court on Petitioner James Benjamin Charles=s request to proceed in forma pauperis (AIFP@). [Docket No. 81]. On July 21, 2006, the Court received a submission from Charles which included his prison account information for the previous six months. [Docket No. 87]. The account record shows deposits averaging approximately $154 per month. In addition, Charles asserts that he owes over $7,000 in restitution and $3,800 to his mother.

Based on the information provided in Charles=s submission, it appears that he has an annual income of no more than $1,848.00. The 2006 poverty guidelines indicate that the poverty level for an individual is $9,800. See Vol. 71 Fed. Reg. 3848-49 (January 24, 2006). Based on the representations in Charles= submission, the

Court finds that Charles is financially eligible for IFP status. Charles is thus excused from paying the the appeals fee.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner=s request to proceed in forma pauperis is **GRANTED**.

Dated: September 8, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court Judge