UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-130 MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BENJAMIN CHARLES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF C. ANN DASOVICH** |

C. Ann Dasovich, Financial Litigation Agent, makes the following declaration in support of Plaintiff's Response To Defendant's Motion to Defer Restitution Payments.

1. I am a Financial Litigation Agent in the United States Attorney's Office and am one of the agents responsible for collection of the judgment in the above-captioned matter. I make this Declaration from my own knowledge and based upon review of business records maintained by the United States Attorney's Office. If called to testify, I would state the following:

2. Attached hereto as Exhibit 1 is a true and correct copy of the Judgment and Commitment Order dated December 13, 2000.

3. Attached hereto as Exhibit 2 is a true and correct copy of the defendant's payment history.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/30/2006

*C. Ann Dasovich*
BY: C. ANN DASOVICH
Financial Litigation Agent