AO 245B (Rev. 8/96) Sheet 1 - Judgment Criminal Case

# United States District Court

District of Minnesota

UNITED STATES OF AMERICA
v.
(1) JAMES BENJAMIN CHARLES

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: 00-130 (MJD/ESS)

Leon Trawick
Defendant's Attorney

**THE DEFENDANT:**

pleaded guilty to count(s): 1 of the Indictment .

Accordingly, the defendant is adjudged guilty of such count(s), which involves the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 2113(a) & (d) | Armed Bank Robbery | 04/11/00 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 2 of the Indictment is dismissed on the motion of the United States.

Special Assessment Amount $ 100 in full and immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: [redacted]3788
Defendant's Date of Birth: [redacted]67
Defendant's USM No.: 09397-041
Defendant's Residence Address:
2205 Marshall Street
Minneapolis, MN 55419

Defendant's Mailing Address:

December 13, 2000
Date of Imposition of Judgment

Michael J. Davis
Signature of Judicial Officer

MICHAEL J. DAVIS, United States District Judge
Name & Title of Judicial Officer

Dec. 14, 2000
Date

A true copy in 6 sheet(s)
of the record in my custody.
Certified ________, 2000
by ______________
Deputy Clerk

FILED 12/14/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Exhibit 1

CASE NUMBER: 00-130 (MJD/ESS)
DEFENDANT: (1) JAMES BENJAMIN CHARLES



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 188 months to run consecutively to any unidischarged term of imprisonment required by the state of Minnesota.

The court makes the following recommendations to the Bureau of Prisons:

The court recommends the defendant be placed in a facility in the state of Minnesota. It was further recommended the defendant be allowed to participate in the 500-hour Comprehensive Drug Treatment Program and be referred to an appropriate facility for a psychiatric evalution and treatment.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

____________________

____________________

____________________

Defendant delivered on __________ to __________

at __________, with a certified copy of this judgment.

____________________
UNITED STATES MARSHAL

By ____________________
Deputy U.S. Marshal

A true copy in 6 sheet (s)
of the record in my custody,
CERTIFIED, 12/14 20 00
Francis E. Dosal, Clerk
BY: [signature]
(Deputy Clerk)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not commit any crimes, federal ,state or local.

2. The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

3. The defendant shall refrain from possessing firearm, destructive device or other dangerous weapon.

4. The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

5. The defendant shall participate in a psychological and/or psychiatric counseling or treatment program which may include psychotropic medications, as approved and directed by the probation officer.

6. The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

7. The defendant shall be required to undergo mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

| | Fine | Restitution |
|---|---|---|
| Totals: | $ 0 | $ 7,848 |

# RESTITUTION

Defendant James Benjamin Charles is to pay the restitution jointly and severally with his co-defendant Paula Carter.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
| First National Bank of the Lakes<br>3100 Hennepin Avenue South<br>Minneapolis, MN 55408 | $7,848.00 | $7,848.00 | 100% |
| | TOTALS: | $ ____ | $____ |

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment payment of the criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk, U.S. District Court and sent to United State District Court, attention Financial Department, 300 South 4th Street, Minneapolis, MN 55415.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

in full immediately.