PAYMENT HISTORY REPORT

RUN DATE: 26-OCT-2006 FOR: 2001Z00004/003

DEBTOR: Charles, James Benjamin
COURT NUMBER: 00-130
CURRENT LIABILITY BALANCE: $8,041.26

PRIORITY CODE: 02

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | 6B | 10-DEC-2001 | OT/A | Bop-Jan | | | | $27.00 | 16-JAN-2002 |
| 0008 | PMNT | 6B | 08-FEB-2002 | OT/A | Bop-March | | | | $34.00 | 13-MAR-2002 |
| 0011 | PMNT | 6B | 08-MAR-2002 | OT/A | BOP | | | | $34.00 | 23-APR-2002 |
| 0014 | PMNT | 6B | 01-JUL-2002 | OT/A | BOP - J. CHARLES | | | | $36.00 | 13-AUG-2002 |
| 0015 | PMNT | 6B | 02-AUG-2002 | OT/A | J. CHARLES | | BOP | | $66.00 | 17-SEP-2002 |
| 0017 | PMNT | 6B | 04-DEC-2002 | OT/A | BOP | | | | $25.00 | 21-JAN-2003 |
| 0018 | PMNT | 6B | 05-MAR-2003 | OT/A | Charles | | BOP | | $25.00 | 18-APR-2003 |
| 0025 | PMNT | 6B | 09-DEC-2003 | CL/A | Charles | | BOP | | $25.00 | 14-JAN-2004 |
| 0032 | PMNT | 6B | 08-MAR-2004 | CL/A | Charles | | BOP | | $25.00 | 14-APR-2004 |
| 0040 | PMNT | 6B | 07-JUN-2004 | CL/A | Charles | | BOP | | $25.00 | 14-JUL-2004 |
| 0048 | PMNT | 6B | 08-SEP-2004 | CL/A | Charles | | BOP | | $25.00 | 18-OCT-2004 |
| 0057 | PMNT | 6B | 06-DEC-2004 | CL/A | CHARLES, JAMES BENJA | | | | $25.00 | 18-JAN-2005 |
| 0066 | PMNT | 6B | 08-MAR-2005 | CL/A | CHARLES, JAMES BENJA | | clk-April | 107 05-061 | $25.00 | 14-APR-2005 |
| 0070 | PMNT | 6B | 12-APR-2005 | CL/A | CHARLES, JAMES BENJA | | Clrk-May16 | 107 05-072 | $42.21 | 16-MAY-2005 |
| 0074 | PMNT | 6B | 09-MAY-2005 | CL/A | CHARLES, JAMES BENJA | | clerk May | 107 05-082 | $30.53 | 09-JUN-2005 |
| 0083 | PMNT | 6B | 15-FEB-2002 | CL/A | James | | 4002550020 | | $34.00 | 28-SEP-2005 |
| 0086 | PMNT | 6B | 06-SEP-2005 | CL/A | CHARLES, JAMES BENJA | | | 107 05-121 | $25.00 | 12-OCT-2005 |
| 0094 | PMNT | 6B | 12-DEC-2005 | CL/A | CHARLES, JAMES BENJA | | | 107 06-031 | $25.00 | 11-JAN-2006 |
| 0103 | PMNT | 6B | 06-MAR-2006 | CL/A | CHARLES, JAMES BENJA | | 4041-4318 | 107 06-061 | $25.00 | 01-MAY-2006 |

EXHIBIT 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0107 | PMNT | 6B | 12-JUN-2006 | CB/A | CHARLES, JAMES BENJA | 107 06-091 | $25.00 | 06-JUL-2006 |
| 0108 | PMNT | 6B | 13-SEP-2006 | CB/A | CHARLES, JAMES BENJA | 166 06-121 | $25.00 | 09-OCT-2006 |

Total Payments for Debtor: $628.74