CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CRIMINAL NO. 00-130 MJD |
| v. | ) | |
| JAMES BENJAMIN CHARLES, Defendant. | ) | |

I hereby certify that on October 30, 2006, I served, or caused to be served the following documents:

1. PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DEFER RESTITUTION PAYMENTS; and

2. DECLARATION OF C. ANN DASOVICH WITH EXHIBITS 1 AND 2

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said

envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee:

James Benjamin Charles
#09397-041
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

*s/C. Ann Dasovich*