# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 06-2754

James Benjamin Charles, * CR 00-130 MJD/ESS
*
Appellant, *
* Appeal from the United States
vs. * District Court for the
* District of Minnesota
United States of America, *
*
Appellee. *

Before WOLLMAN, BEAM, and COLLOTON, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

September 26, 2006

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
NOV 24 2006
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans