UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| United States of America, | ) | Criminal 00-130 MJD |
| | ) | |
| Plaintiff, | ) | 9:30 a.m. o'clock |
| | ) | December 13, 2000 |
| vs. | ) | Minneapolis, MN |
| | ) | |
| | ) | |
| James Benjamin Charles, | ) | |
| | ) | |
| Defendant. | ) | |

---

BEFORE THE HONORABLE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE
(SENTENCING)

<u>APPEARANCES:</u>

ON BEHALF OF THE PLAINTIFF: PAUL MURPHY, ESQ.

ON BEHALF OF THE DEFENDANT: LEON TRAWICK, ESQ.

COURT REPORTER:

BRENDA E. ANDERSON, RPR
300 South 4th Street
Suite 1005
Minneapolis, MN 55415
(612) 664-5104
E-mail - BAnder2400@aol.com

Attachment

MR. TRAWICK: Just very briefly, Your Honor. Your Honor, it's my understanding, and I just want to make sure that this has been accounted for, that from some of the proceeds of the bank robbery, first of all, there was sums of money left in the van which was taken by the FBI. I want to make sure that money was counted and incorporated as a loss because that may reduce the loss on the restitution side.

It's also my understanding that a set of rings was purchased with part of the money, and that those rings have now been turned back over to the U.S. Attorney, or will be turned back over to the United States Attorney pursuant to a letter I received two days ago from Mr. Murphy. I want to make sure that that sum has been factored into the restitution figure.

And I would request to the extent possible that the Court recommend, perhaps, a facility, and I know what the court has ordered, but a facility in Minnesota. I don't know that some of the components that the Court ordered can be carried out in a Minnesota facility, but to the extent that it can, that a facility might be recommended by the court in Minnesota.

THE COURT: Dealing with the restitution, Mr. Murphy.

MR. MURPHY: Your Honor, with regard to the rings

that counsel just spoke of, we haven't received them back at this point, and my discussions with the FBI agent, we haven't resolved exactly who should get those back as to whether or not money was received back by the FBI as loot from they pawnbroker where they were purchased or the rings would be going back to the bank.

Certainly, if we get the rings back and we return them to the bank, we would report that that amount of money, that value, whatever it is should be credited against the amount of the loss, but we just don't know the answer at this point. The rings aren't worth that much, two hundred and some dollars at most, but we certainly would resolve the issues with the parties involved. Some of them are not here and we will take care of that.

THE COURT: The Government will make a good faith effort to make sure that restitution amount is transmitted to the Court and to probation and the Bureau of Prisons, so, Mr. Charles makes the appropriate payments and not an overpayment.

MR. MURPHY: We will, Your Honor. We will send the Court a report on that.

THE COURT: And as for -- the Court will certainly recommend, if possible, a placement or confinement in the state of Minnesota, but it's an nature or the crime. Number one, I don't think he will be housed