UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-130 MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF** |
| | ) | **COMPLIANCE** |
| JAMES BENJAMIN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned attorney for the United States certifies this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(c) and the type size limitation of D. Minn. LR 7.1(e). The memorandum has 657 words of type, font size 13. The memorandum was prepared using WordPerfect 9, which includes all text, including headings, footnotes and quotations in the word count.

Dated: *December 7, 2006*

RACHEL K. PAULOSE
United States Attorney

*s/M. Trippler*

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
(612) 664-5600

Attorneys for Plaintiff