UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-130 MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | SPECIAL AGENT |
| v. | ) | JAMES WALDEN |
| | ) | |
| JAMES BENJAMIN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

DECLARATION OF SPECIAL AGENT JAMES WALDEN

1. I am a Special Agent (SA) assigned to the Minneapolis, Minnesota Field Office of the Federal Bureau of Investigation (FBI). I became an FBI SA in January of 1987 and have been assigned to the Minneapolis Office since December of 1994. I am currently assigned to the Violent Crime Squad.

2. In December of 2000, I called Pawn America in St. Paul to check on the status of two rings that had been pawned several months earlier under the name of Jesse Guvara. The manager stated that the two rings had been pawned for $41.50. As of November 13, 2000, the rings were no longer retrievable.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 4, 2006

By: SA [signature]