UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-130 MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BENJAMIN CHARLES,<br><br>Defendant. | ) | **ATTACHMENT LIST A-D** |

Attachment A - Program Statement, Financial Responsibility Program, Inmate

Attachment B - Judgment and Commitment Order

Attachment C - Program Review Report

Attachment D - Inmate Financial Contract

Dated: December 7, 2006

RACHEL K. PAULOSE
United States Attorney

*s/M. Trippler*

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
(612) 664-5600

Attorneys for Plaintiff