# ATTACHMENT C

HER2K * PROGRAM REVIEW REPORT * 07-13-2006
PAGE 001 15:38:19

INSTITUTION: HER HERLONG FCI

NAME........: CHARLES, JAMES BENJAMIN REG. NO: [redacted]
RESIDENCE...: SEATTLE, WA 98107

TYPE OF REVIEW.......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE.....: January 9, 2007

PROJ. RELEASE DATE...: 12-06-2013 RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE HEARING TYPE....: NONE

DATE OF NEXT CUSTODY REVIEW: July 2007 DETAINERS (Y/N): N

CIM STATUS (Y/N).....: N IF YES, RECONCILED (Y/N): N/A

PENDING CHARGES......: None Known

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: ✓
IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | | CURRENT ASSIGNMENT | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | CFSR | CERT FOOD SINCERITY REMOVAL | 02-04-2005 | 1859 |
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 06-01-2009 | 1033 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 04-29-2001 | 1410 |
| CMA | V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 02-12-2001 | 0829 |
| CMA | V94 PV | V94 PAST VIOLENCE | 02-12-2001 | 0829 |
| CUS | IN | IN CUSTODY | 12-29-2000 | 1024 |
| DRG | DRG E COMP | DRUG EDUCATION COMPLETED | 09-26-2001 | 1529 |
| DRG | DRG I RQ J | DRG INTRV REQD: JUD RECOMMEND | 02-12-2001 | 0829 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 03-01-2001 | 0952 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-07-2001 | 1249 |
| FRP | PART | FINANC RESP-PARTICIPATES | 02-12-2001 | 0829 |
| LEV | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 03-26-2003 | 1322 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-30-2006 | 1500 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 06-30-2006 | 1500 |
| QTR | T02-116U | HOUSE T/RANGE 02/BED 116U | 07-03-2006 | 0758 |
| RLG | MUSLIM | MUSLIM | 02-12-2001 | 0830 |
| WRK | A&O COMPLT | A&O COMPLETED | 07-12-2006 | 1246 |

WORK PERFORMANCE RATING: Recently transferred from Gilmer. No current work ratings.

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: None

FRP PLAN/PROGRESS: TRUST FUND DEPOSITS PAST 6 MO: $ 126.57

FRP PAYMENTS PAST 6 MO: $ 50.00 OBLG BALANCE: $ 2178.26

CURRENT FRP PLAN: $ 25 qu PAYMENTS COMMENSURATE: YES ✓ / NO ____

126.57 (6 mos)
- 450.00 (ITS)
50.00 (PC)

curr. bal = 233.73

HER2K * PROGRAM REVIEW REPORT * 07-13-2006
PAGE 002 15:38:19

IF NO, NEW PAYMENT PLAN:

RELEASE PREPARATION PARTICIPATION: Enroll in RPP 30 mos prior to release, 6-6-11.

CCC RECOMMENDATION: CCC placement will be initiated 11-13 mos prior to release

PROGRESS MADE SINCE LAST REVIEW: Last team recommended: enroll in VT course, maintain clear conduct, participate in FRP. --- Goals met.. Did not enroll in VT. Recent transfer

GOALS FOR NEXT PROGRAM REVIEW MEETING:

Save $5.00 per mo, by next team 1/07 you will have saved $30.00 to assist w/ rel. needs.

Enroll in a PSE or ACE by next review.

LONG TERM GOALS:

Save $60.00 per year by your PRD you will have approx $325.00 for rel. purposes.

Enroll in RDAP 36 mos prior to PRD (Judicial Recommendation).

HER2K * PROGRAM REVIEW REPORT * 07-13-2006
PAGE 003 OF 003 15:38:19

OTHER INMATE REQUESTS/TEAM ACTIONS:

Reviewed 407 & 408, GOOD!

SIGNATURES:

UNIT MANAGER: [signature] INMATE: [signature]

DATE: 7-18-06 DATE: 7-18-06