# CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 00-130 MJD |
| v. | ) | |
| | ) | |
| JAMES BENJAMIN CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I hereby certify that on December 7, 2006, I served, or caused to be served the following documents:

1. PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO DEFER RESTITUTION PAYMENTS;

2. DECLARATION OF SPECIAL AGENT JAMES WALDEN; and

3. DECLARATION OF KRIS ROBL.

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said

envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee:

James Benjamin Charles
#XXXXXXXX
XXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXX
Herlong, CA 96113

*s/C. Ann Dasovich*