**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 07-2648**

**James Benjamin Charles,**

**Petitioner**

**v.**

**United States,**

**Respondent**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:00-cr-00130-MJD-1)

---

**MANDATE**

In accordance with the judgment of 11/01/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 01, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit