In The U.S. District Court
For The District of Minnesota
CR No.: 00-130 (MJD)

RECEIVED BY MAIL
JUL 07 2008
CLERK US DIST COURT MINNEAPOLIS MN

| | | |
|---|---|---|
| James Benjamin Charles, Movant, | ) | Motion Requesting the Court to Amend its Prior Order Dated 4/17/2006. |
| v. | ) | Motion to Seal Docket. |
| United States of America, Respondent. | ) | Motion to Stop Future Publication of this Case. |

Regarding Docket No.: CR-00-130(MJD)

## Facts

1) Movant was sentenced in this Court Dec. 13, 2000 to 188 months imprisonment for bank robbery.

2) This Court filed an Order (Docket # 80) that contains the words "alleged his substancial assistance to the government".

3) This Order is published and thus available to all other federal prisoners.

4) This publication jeopardizes any and all future actions performed by Movant on behalf of the government and in the light of justice.

5) Movant is suffering of fear and stress on a daily basis because of this publication.

SCANNED
JUL 07 2008
U.S. DISTRICT COURT ST. PAUL

## Discussion

Your Honor, the above mentioned publication has been causing me fear and stress ever since its coming on-line in the law library here at the prison. I've been having indigestion and trouble sleeping because of it.

As I am a carpenter/cabinetmaker by trade, I was tutoring other inmates part-time in the Vocational Trades Program here at the prison under the instructor Mr. Boyea. I was scheduled to become a full-time tutor in the program but I became afraid of becoming too public a figure among the rest of the prison population and I felt I had to decline the posisition for now. My fear is that the more well-known my name in prison, it increases the likelihood of other prisoners investigating my name in the law library, as is common. People that are found to have assisted the government become abused by some of the other prisoners (as is also common).

I also wish to submit curriculum to the prison education dept. that I may teach a night class, but the above issue has become a deterrent.

It would not only benefit prison officials for me to volunteer additional programming, but it would also be beneficial to myself and to the rest of the prison population. Skilled inmates are needed

for the purpose of teaching night classes. This issue above is the only thing stopping me.

## Relief

1) Movant requests this Court to issue an order to cease publication of this case (regarding James Benjamin Charles).

2) Movant requests this Court to order Docket No.: CR-00-130 and all of its contents as Filed Under Seal.

3) Movant requests this Court to issue an order to Amend its previous Order (Dated 4/17/2006) by striking the words:

... "alleged his substancial assistance to the government"... ,

and inserting the words:

... "alleged his attorney's ineffective assistance"...

## Conclusion

In conclusion, I beg this Court to consider my plea that this Honorable Court Order is affecting not only my physical health and psychological

well-being, but also my abilities regarding my programming while I am here in prison.

I do not feel that "fact number four" of this motion needs further explanation as it states the obvious.

Because of the above, I hereby pray that this Honorable Court grant the 'relief' requested.

Dated: 6/29/2008

Respectfully submitted,

James B. Charles - Pro Se
#09397-041
P.O. Box 800
Herlong, CA 96113