RECEIVED JUL 0 7 2008 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

Pro-se

# Certificate of Service

I, James B. Charles, do hereby solemnly swear that I deposited a true and correct copy of the enclosed motion:

Requesting the Court to Amend its prior Order Dated 4/17/2006.

Motion to Seal Docket.

Motion to stop future publication of this case.

Deposited in the prison mailbox at FCI Herlong on 6/29/2008 and request it considered as filed under Houston vs. Lack;

Copies sent to:

AUSA James Lackner
Office of the U.S. Attorney - Mpls.
300 S. 4th St., Ste. 600
Mpls., Mn. 55415

Respectfully submitted,

[signature]
James B. Charles #09397-041
P.O. Box 800
Herlong, CA 96113

SCANNED JUL 0 7 2008 U.S. DISTRICT COURT ST. PAUL