# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                               **ORDER**
                                 Criminal File No. 00-130 (MJD/ESS)


(1) JAMES BENJAMIN CHARLES,

       Defendant.
_____

James E. Lackner, Assistant United States Attorney, Counsel for Plaintiff

James Benjamin Charles, pro se.
_____

This matter is before the Court on Defendant James Benjamin Charles' Pro Se Motion to Modify or Correct Judgment and Commitment under Rule 60(b). [Docket No. 111].

Charles requests that the Court modify or amend the Judgment and Commitment Order in his case to "order or recommend the Second Chance Act Program." (Charles' Motion at 1.) Charles seeks a longer term of community

1

confinement in order to readjust to the outside world.  He recounts that he has been successful in prison and has a clear plan for reintegrating into society upon his release.

The Court does not have the power to amend Charles' Judgment and Commitment based on Charles' motion.  Additionally, the Second Chance Act requires the Bureau of Prisons to evaluate Charles approximately 17-19 months before his release for community placement for up to 12 months.  The Bureau of Prison is obligated to undertake this consideration independent of any order or recommendation by this Court.  See, e.g., Miller v. Whitehead, 527 F.3d 752, 756 (8th Cir. 2008).  Therefore, while the Court congratulates Charles on his successes in prison and urges him to continue his progress, it cannot grant his motion.

**IT IS HEREBY ORDERED** that:

Defendant James Benjamin Charles' Pro Se Motion to Modify or Correct Judgment and Commitment under Rule 60(b) [Docket No. 111] is **DENIED**.


Dated:  June 18, 2010　　　　　　　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court